I think about all this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So I think about this in policy, but it doesn't say anything that's kind of counter-intuitive. So corrosion is a deterioration of a material, usually a metal, that results from a chemical or electrical reaction within its environment. And corrosion, as it's talked about, is used in a very different issue, which is a deterioration of metal. The policy itself, when we talk about corrosion, the policy in context, in these words, is a deterioration. And the institution promotes that corrosion. And then there's multiple, and this is something that's fun for me, and it's very interesting, is there's multiple things that are talked about. But the trial by experts, by laywitnesses who have, like, worked in this institution for a long time, where they talk about, you know, it's a new thread rising strong all the time, and, you know, they've never seen anything like this before. And then they talk about the Federalist Institute. And they'll also talk about, there's also evidence that's rather interesting. These correlations, usually in a non-stationary terms, where there's no basis to define the forms, the order of the form, and they will tell you, you have to have the opposite of non-stationary. So, one thing that's special in this case is that non-stationary, which is the question of use of corrosion, so the testimony is quite false, of course. These issues, the deterioration itself of the correct response to corrosion is when you say, in this case, it's in the use. We're not talking about slow corrosion over a period of years, we're talking about slower energy utilization. And when you think about this case, what we have, for instance, to tell you is oil runs from a plant to a chemical plant, uses salt water, uses steel, and what's more interesting to them, it is a corrosive process. Corrosion happens all the time in the operation of these chemical plants. And ultimately, after some wear and tear, you would have a replacement. However, the problem is about whether it was the wear and tear that would lead to the replacement in the process. And that's just the orientation for it. First, it's an unprecedented accident, which is not one you'd ever see in an oil plant. So, if you take it to the extreme, the position the problem actually arches is that there would be no coverage. And so we say, well, the reasonable expectations are true. The reasonable expectations of the parties are true. The old owns the world. We have the reasonable expectations that if you have wear and tear over a long period of time, you can exert some positive work. But if you cannot enhance it, it's being proven to be true. And if you can't coverage it, one of the experts actually talked about this. You know, your car might get rusty, but this is great for you and your car. With regard to the corrective burden point, it's not really the case that the court corrected the burden point. In fact, I tried to do court resistance to correct the burden, and see whether that was correction. And in fact, even in the court, I found that the correction was, in the case, if you bought that argument, and you looked at those two constructions, and you tried to correct that judgment, a very difficult point for the jury was the correction that will bring a long period of time when the cause versus the outcome has to be explained, so you don't have to make court injury. I'm sure you brought this up, too. Yes. Please do not end up denying your operation. Yes. So I think it is a reasonable problem. As a part of the jury instructions, the jury will be able to take those instructions and correct them. Well, I'll agree with that. I think it's a reasonable jury decision. It's just something that the jury is coming up with, and the jury is trying to prove. But here's the thing. The real story is this. I have accepted coverage for the well-praised closure, and for the driver's failure, and I have coverage for the harm to the driver, so that's what I'm going to use that. The acceptance of coverage for the well-praised drivers, the amount of money that the driver paid for that, zero, is underneath the top. The amount of money that took place in the house was quite substantial. So the way it was pursued in the jury by us, or us there, is a juristic opinion. I think if we used, for instance, let me try to break that to use population terms, it's less the bully, the girl, the person who got away, all kinds of cases like that. And they said, no, no, no, that's not the case. It's for those who have a long-term history. But, you know, the better story, the better the real, the authentic, the real economic evidence, the acceptance of coverage, the increased value coverage, increased the closure for themselves, and, you know, obviously, you have a history of coverage, and you have a history of acceptance, and you have a history of coverage. I think that's a great example, and I think it's a great demonstration of some of these things. And I think the way that that would work is that I can take questions, and we have time for you to spend some time with us. And while I just sit there, I'm going to turn you to each other. If you have no other questions, I'm going to have you go two seconds to speak into the microphone. And we'll be hearing. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes.
judges: Schroeder, Nguyen, Adelman